# Exhibit A

Electronically Filed
8/30/2022 6:18 PM
First Judicial District, Shoshone County
Tamie J. Eberhard, Clerk of the Court
By: Karen Harshman, Deputy Clerk

Robert A. Faucher (ISB #4745)
Tara Martens Miller (ISB #5773)
Zachery J. McCraney (ISB #11552)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
Email:  RFaucher@hollandhart.com
        TMMartens@hollandhart.com
        ZJMcCraney@hollandhart.com

*Attorneys for Plaintiff*



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE

# STATE OF IDAHO, IN AND FOR THE COUNTY OF SHOSHONE

| | |
|---|---|
| STUBBORN MULE LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GREY GHOST PRECISION, LLC,<br>an Idaho limited liability company; and<br>GREY GHOST PRECISION, LLC,<br>a Washington limited liability company,<br><br>Defendants. | Case No. CV40-22-0435<br><br>**VERIFIED COMPLAINT** |

COMES NOW Plaintiff Stubborn Mule LLC ("Stubborn Mule"), by and through its

attorneys, Holland & Hart LLP, and for its Complaint against Defendants Grey Ghost Precision,

LLC, an Idaho limited liability company ("Grey Ghost Idaho"), Grey Ghost Precision, LLC, a

Washington liability company ("Grey Ghost Washington," and collectively with Grey Ghost

Idaho, "Grey Ghost") complains and alleges as follows:

VERIFIED COMPLAINT  - 1



## PARTIES AND JURISDICTION

1.      Stubborn Mule is a manufacturer of precision components used in the defense and aerospace industries. It is an Oregon limited liability company whose principal place of business is in Grants Pass, Oregon. It sometimes does business as Stubborn Mule and/or Stubborn Mule Manufacturing.

2.      Defendant Grey Ghost Idaho is a supplier of firearms and firearm components. It is an Idaho limited liability company whose principal place of business is in Wallace, Shoshone County, Idaho.

3.      Defendant Grey Ghost Washington is a supplier of firearms and firearm components. It is a Washington limited liability company. It operates in Lakewood, Pierce County, Washington, and in Wallace, Shoshone County, Idaho.

4.      This action is brought to recover for a breach of contract by Grey Ghost. This Court has subject matter jurisdiction over this action under Idaho Code § 1-705. The amount in controversy in this matter, exclusive of costs and attorneys' fees, exceeds the jurisdictional requirements of this Court.

5.      This Court has personal jurisdiction over Defendants pursuant to Idaho Code § 5-514.

6.      Venue is proper in this Court pursuant to Idaho Code § 5-404, which provides that actions shall be brought in the county in which the defendants, or some of them, reside.

## GENERAL ALLEGATIONS

7.      Grey Ghost Idaho and Grey Ghost Washington operate and hold themselves out as a single entity, and they purposefully disguise their separate legal identities, to the extent such distinct legal identities exist. They have the same principals and executives; they operate in the

VERIFIED COMPLAINT - 2

same industry; they conduct the same line of business; they share the same trademarks; they share the same website; they share the same bank accounts; and they do not distinguish between themselves. In connection with the transactions subject to this Complaint, Grey Ghost Idaho and Grey Ghost Washington never disclosed to Stubborn Mule that two distinct limited liability companies existed. Stubborn Mule had no knowledge of the supposed distinct legal identities of Grey Ghost Idaho and Grey Ghost Washington until it investigated Grey Ghost in preparation for the filing of this Complaint.

8. Stubborn Mule sold firearm products to Grey Ghost, specifically AR-10 and AR-15 uppers and lowers.

9. The parties' actions surrounding each sale were largely identical. Grey Ghost would send Stubborn Mule a purchase order on Grey Ghost letterhead listing the item number, description, quantity, and price per product of the products being ordered, along with the total dollar amount of each order. Some of the Grey Ghost purchase orders bear an address in Washington and some of the Grey Ghost purchase orders bear an address in Idaho. In response, Stubborn Mule would timely deliver the products ordered and send Grey Ghost an invoice at the same address as the address in the relevant purchase order. Stubborn Mule delivered some of its products to Washington and some of its products to Idaho, as directed by Grey Ghost.

10. Grey Ghost initially made some payments to Stubborn Mule, but it began defaulting on payments in late 2021.

11. Between approximately October 2021 and March 2022, Grey Ghost ordered $438,130.82 of firearm products from Stubborn Mule. Each of those orders was evidenced by a purchase order on Grey Ghost letterhead which listed all material terms of the order.

VERIFIED COMPLAINT - 3

12.     Of the $438,130.82 worth of goods ordered, Stubborn Mule delivered

$363,543.71 of such goods to Grey Ghost.  Grey Ghost accepted such goods.  As to $76,398.85

worth of goods ordered, but not delivered, those goods remain in Stubborn Mule's possession but

have been marked or otherwise designated by Stubborn Mule as goods or materials pertaining to

the Grey Ghost purchase orders.

### Grey Ghost Ordered, Received, and Accepted Goods from Stubborn Mule

13.     Stubborn Mule delivered to Grey Ghost $363,543.71 of products and invoiced

Grey Ghost for those products in 38 separate invoices issued by Stubborn Mule (the "38

Invoices").  The 38 Invoices are summarized in the list attached hereto as **Exhibit 1**.

14.     Grey Ghost accepted all products that Stubborn Mule delivered and received all

38 Invoices.  Grey Ghost did not seasonably notify Stubborn Mule of any defect or other

problem with any of the products delivered, nor did it reject the products.

15.     Grey Ghost represented to Stubborn Mule that it would "pay on receipt" for all

orders.  All or nearly all of the 38 Invoices provided that the terms were "Net 15"; *i.e.*, Grey

Ghost was obligated to pay each respective invoice within 15 days of the issuance of the invoice.

16.     Despite Stubborn Mule's assiduous attempts to secure payment from Grey Ghost,

Grey Ghost has not paid any of the 38 Invoices.  Grey Ghost ignored (and continues to ignore)

monthly statements and refused (and continues to refuse) to return phone calls or email

correspondence regarding payment.

17.     All 38 Invoices are now substantially past due.  Most of the invoices are over

18 weeks past due.

VERIFIED COMPLAINT - 4

18.     Grey Ghost owes Stubborn Mule $363,543.71 for goods that have been delivered by Stubborn Mule and accepted by Grey Ghost, plus interest accrued on the amounts owing on each invoice after the due date at the rate of 12%, pursuant to I.C. § 28-22-104(1)(2).

### Stubborn Mule Withheld Delivery of Some Goods Pursuant to Section 703 of Article 2 of the Uniform Commercial Code

19.     Between 2020 and 2021, Grey Ghost ordered $76,398.85 worth of customized products that Stubborn Mule has not yet delivered to Grey Ghost (the "Customized Products"). The purchase orders relating to the Customized Products are attached hereto as **Exhibit 2**.

20.     In response to Grey Ghost's orders of Customized Products, Stubborn Mule sent Grey Ghost confirmation receipts, purchased raw materials to create the Customized Products, and manufactured the Customized Products.

21.     Stubborn Mule marked or otherwise designated all $76,398.85 worth of Customized Products as pertaining to the Grey Ghost's purchase orders.

22.     Of the $76,398.85 of Customized Products, $6,197.85 of such products are specific to Grey Ghost and cannot be resold by Stubborn Mule in the ordinary course of its business.  Stubborn Mule may be able to sell some or all of the other $70,201 to other customers to mitigate its damages, but the time frame necessary for any such sale and the costs and terms thereof are all indefinite.

23.     Due to Grey Ghost's repeated failure to make payment in respect of the 38 Invoices, and due to its repeated refusal to respond to monthly statements or return emails or phone calls, Stubborn Mule has withheld delivery of the Customized Products pursuant to section 703 of article 2 of the Uniform Commercial Code.[1]

---

[1] Idaho Code § 28-2-703; Oregon Rev. Stat. § 72.7030; and/or Rev. Code Wash. § 62A.2-703.

24.     Accordingly Grey Ghost owes Stubborn Mule $76,398.85 for goods that have been ordered by Grey Ghost and identified and lawfully withheld by Stubborn Mule, plus interest accrued on the amounts owing at the rate of 12%, pursuant to I.C. § 28-22-104(1)(2).

## COUNT I – BREACH OF CONTRACT AGAINST GREY GHOST

25.     Stubborn Mule hereby incorporates and realleges the allegations contained in paragraphs 1-24 as if fully set forth herein.

26.     Valid and enforceable contracts exist between Grey Ghost and Stubborn Mule.

27.     Grey Ghost breached the contracts by failing to pay Stubborn Mule the amounts due thereunder.

28.     Stubborn Mule is entitled to recover its damages suffered as a result of Grey Ghost's breach of the contracts.  The total amount of damages is no less than $457,691.08 as follows:

  a. $363,543.71 for goods that were delivered to Grey Ghost and accepted by Grey Ghost;

  b. $28,505.32 for interest pursuant to Idaho Code section 28-22-104(1)(2) through August 30, 2022 with respect to the invoices subject to ¶ 28(a) hereof;

  c. $76,398.85 for goods that were ordered by Grey Ghost but that are being lawfully withheld by Stubborn Mule; and

  d. interest accruing after August 30, 2022 at a rate of no less than $119.52 per diem.

The amounts owed by Grey Ghost to Stubborn Mule as set forth above are over and above all legal setoffs or counterclaims in Grey Ghost's favor, of which there are none.

## COUNT II – ACCOUNT STATED AGAINST GREY GHOST

29.     Stubborn Mule hereby incorporates and realleges the allegations contained in paragraphs 1-28 as if fully set forth herein.

VERIFIED COMPLAINT - 6

30.    In response to orders from Grey Ghost, Stubborn Mule shipped Grey Ghost products along with 38 Invoices.

31.    The total, as stated in the invoices that Stubborn Mule submitted to Grey Ghost, amounted to $363,543.71 in total.  Interest has accrued thereon at a rate of 12% pursuant to Idaho Code section 28-22-104(1)(2).

32.    Grey Ghost received and accepted the products and invoices by which Stubborn Mule stated in their accounts and retained possession of all the products.  Grey Ghost did not timely object to the statement of its account.

33.    After Grey Ghost failed to pay any portion of the 38 Invoices, Stubborn Mule sent (and continues to send) Grey Ghost monthly statements for the outstanding balance of their accounts.  Stubborn Mule also sent Grey Ghost an email, dated May 5, 2022, requesting payment on the outstanding balance.  A true and correct copy of the monthly statement dated May 31, 2022, and a true and correct copy of the email requesting payment, dated May 5, 2022, is attached as **Exhibit 3**.

34.    By accepting products subject to the 38 Invoices from Stubborn Mule, and by not timely objecting to the stated amounts, Grey Ghost assented to Stubborn Mule's statement of their accounts and that their accounts were due and owing.

35.    As an alternative to its First Claim for Relief, Stubborn Mule therefore seeks to enforce the stated account of approximately $392,570.95, plus interest accrued on the amounts owing at the rate of 12%, pursuant to I.C. § 28-22-104(1)(2), through the date of payment.

## COUNT III – UNJUST ENRICHMENT AGAINST GREY GHOST

36.    Stubborn Mule hereby incorporates and realleges the allegations contained in paragraphs 1-35 as if fully set forth herein.

VERIFIED COMPLAINT - 7

37.     Between approximately October 2021 and March 2022, Stubborn Mule supplied Grey Ghost with goods Grey Ghost ordered worth approximately $363,543.71 in total.

38.     Stubborn Mule and Grey Ghost are for-profit businesses, and Stubborn Mule did not provide the goods as a gift or in a gratuitous manner.  Rather, Stubborn Mule reasonably expected payment for the goods it provided to Grey Ghost in keeping with the parties' established practice of payment for goods.

39.     Grey Ghost accepted the goods and did not reject or return any of the goods Stubborn Mule delivered to Grey Ghost.

40.     Grey Ghost has been unjustly enriched by the value Stubborn Mule conferred on Grey Ghost through the delivery of the goods that Grey Ghost ordered and received and for which Grey Ghost has not paid.

41.     As an alternative to its legal claims, Stubborn Mule seeks restitution in the approximate amount of $392,049.03 for the value of the goods that Grey Ghost received and accepted from Stubborn Mule, inclusive of interest through August 30, 2022.

## ATTORNEYS' FEES

42.     Plaintiff has found it necessary to retain Holland & Hart LLP in order to prosecute this lawsuit against Grey Ghost as the direct and proximate result of Grey Ghost's refusal and failure to pay for the goods it has received.  Plaintiff is entitled to recover from Defendants its attorneys' fees and costs incurred in prosecuting this lawsuit pursuant to Idaho Rule of Civil Procedure 54, and Idaho Code §§ 12-120(3) and 12-121.  If judgment enters by default, a reasonable attorneys' fee in favor of Stubborn Mule would be $8,500.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in its favor against Defendants as follows:

A.     That judgment be entered in Plaintiff's favor against Defendant Grey Ghost Precision, LLC (an Idaho limited liability company) and Defendant Grey Ghost Precision, LLC (a Washington limited liability company) in the amount of $468,447.88, plus such other amounts as may be proven at trial, plus interest accruing after August 30, 2022 in an amount no less than $119.52 per diem;

B.     An award of Plaintiff's attorney fees and costs incurred in this action pursuant to Idaho Code §§ 12-120(3) and 12-121, and all other applicable grounds for attorneys' fees and costs afforded by contract or law, and in the event of a default judgment, reasonable attorneys' fees and costs of $8,500;

C.     That the Court award a prejudgment attachment in favor of Stubborn Mule and against Grey Ghost as set forth in Stubborn Mule's papers filed herewith; and

D.     That Plaintiff be granted such other and further relief as the Court may deem just and equitable under the circumstances.

DATED:  August 30, 2022

HOLLAND & HART LLP

By: /s/ Robert A. Faucher
Robert A. Faucher, of the firm
Tara Martens Miller, for the firm
Zachery J. McCraney, for the firm

*Attorneys for Plaintiff*

VERIFIED COMPLAINT - 9

**VERIFICATION**

STATE OF OREGON      )
                           )ss:
County of Josephine    )

      I, Sterling Becklin, declare under penalty of perjury pursuant to the law of the State of

Oregon that I am the Managing Member of Stubborn Mule LLC, that I have read the foregoing

Verified Complaint, know the contents thereof, and believe the facts therein stated to be true and

correct to the best of my knowledge.

      DATED this 30th day of August, 2022.

                                       _____
                                       Sterling Becklin

18671207_v7

VERIFIED COMPLAINT - 10

**Exhibit 1**

**Exhibit 1**

**EXHIBIT B**

**Stubborn Mule Manufacturing**
## A/R Aging Detail
As of April 6, 2022

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| **Current** | | | | | | | | | |
| Total Current | | | | | | | | | |
| **1 - 30** | | | | | | | | | |
| Invoice | 02/24/2022 | 10407 | 30023 | Grey Ghost Precisio... | Net 15 | 03/11/2022 | | 26 | 232.75 |
| Invoice | 02/24/2022 | 10408 | 30024 | Grey Ghost Precisio... | Net 15 | 03/11/2022 | | 26 | 1,225.00 |
| Invoice | 02/24/2022 | 10409 | 30025 | Grey Ghost Precisio... | Net 15 | 03/11/2022 | | 26 | 2,485.75 |
| Invoice | 03/10/2022 | 10419 | 30023 | Grey Ghost Precisio... | Net 15 | 03/25/2022 | | 12 | 80.03 |
| Invoice | 03/10/2022 | 10420 | 30024 | Grey Ghost Precisio... | Net 15 | 03/25/2022 | | 12 | 100.00 |
| Total 1 - 30 | | | | | | | | | 4,124.53 |
| **31 - 60** | | | | | | | | | |
| Invoice | 02/01/2022 | 10390 | 22813 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 3,600.00 |
| Invoice | 02/01/2022 | 10395 | 22813 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 7,219.38 |
| Invoice | 02/01/2022 | 10391 | 22887 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 31,050.60 |
| Invoice | 02/01/2022 | 10392 | 30023 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 4,992.25 |
| Invoice | 02/01/2022 | 10393 | 30024 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 3,500.00 |
| Invoice | 02/01/2022 | 10394 | 30025 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 1,500.00 |
| Invoice | 02/01/2022 | 10396 | 22892 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 46,965.40 |
| Invoice | 02/01/2022 | 10397 | 30027 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 9,001.00 |
| Invoice | 02/01/2022 | 10398 | 30026 | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 4,770.53 |
| Invoice | 02/01/2022 | 10399 | | Grey Ghost Precisio... | Net 15 | 02/16/2022 | | 49 | 2,980.00 |
| Total 31 - 60 | | | | | | | | | 115,579.16 |
| **61 - 90** | | | | | | | | | |
| Invoice | 12/22/2021 | 10291 | 22813 | Grey Ghost Precisio... | Net 15 | 01/06/2022 | | 90 | 9,329.87 |
| Invoice | 12/23/2021 | 10292 | 22892 | Grey Ghost Precisio... | Net 15 | 01/07/2022 | | 89 | 8,052.64 |
| Invoice | 12/23/2021 | 10293 | 22887 | Grey Ghost Precisio... | Net 15 | 01/07/2022 | | 89 | 1,988.10 |
| Deposit | 01/13/2022 | | | Grey Ghost Precisio... | | | | | -1.00 |
| Total 61 - 90 | | | | | | | | | 19,369.61 |
| **> 90** | | | | | | | | | |
| Invoice | 10/01/2021 | 10181 | 22815b | Grey Ghost Precisio... | Net 15 | 10/16/2021 | | 172 | 41,500.00 |
| Invoice | 10/01/2021 | 10182 | 22892 | Grey Ghost Precisio... | Net 15 | 10/16/2021 | | 172 | 6,500.00 |
| Invoice | 10/13/2021 | 10184 | 22892 | Grey Ghost Precisio... | Net 15 | 10/28/2021 | | 160 | 27,862.80 |
| Invoice | 10/13/2021 | 10185 | 22815b | Grey Ghost Precisio... | Net 15 | 10/28/2021 | | 160 | 7,063.24 |
| Invoice | 10/13/2021 | 10186 | 22887 | Grey Ghost Precisio... | Net 15 | 10/28/2021 | | 160 | 9,508.91 |
| Invoice | 10/13/2021 | 10187 | 22813 | Grey Ghost Precisio... | Net 15 | 10/28/2021 | | 160 | 1,615.75 |
| Invoice | 10/15/2021 | 10193 | | Grey Ghost Precisio... | Net 15 | 10/30/2021 | | 158 | 220.76 |
| Invoice | 10/21/2021 | 10194 | 22815b | Grey Ghost Precisio... | Net 15 | 11/05/2021 | | 152 | 9,023.78 |
| Invoice | 10/21/2021 | 10195 | 22892 | Grey Ghost Precisio... | Net 15 | 11/05/2021 | | 152 | 19,947.05 |
| Invoice | 11/09/2021 | 10222 | 22813 | Grey Ghost Precisio... | Net 15 | 11/24/2021 | | 133 | 6,248.32 |
| Invoice | 11/10/2021 | 10223 | 22813 | Grey Ghost Precisio... | Net 15 | 11/25/2021 | | 132 | 1,276.00 |
| Invoice | 11/10/2021 | 10224 | 22887 | Grey Ghost Precisio... | Net 15 | 11/25/2021 | | 132 | 6,407.10 |
| Invoice | 11/23/2021 | 10242 | 22813 | Grey Ghost Precisio... | Net 15 | 12/08/2021 | | 119 | 3,960.00 |
| Invoice | 11/23/2021 | 10243 | 22887 | Grey Ghost Precisio... | Net 15 | 12/08/2021 | | 119 | 3,298.95 |
| Invoice | 11/23/2021 | 10244 | OVERAGE FOR 22887 | | | | | 119 | 3,871.75 |

1:27 PM
04/06/22

**Stubborn Mule Manufacturing**
**A/R Aging Detail**
As of April 6, 2022

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| Invoice | 11/29/2021 | 10250 | 22892 | Grey Ghost Precisio... | Net 15 | 12/14/2021 | | 113 | 1,675.30 |
| Invoice | 11/29/2021 | 10251 | 22815b | Grey Ghost Precisio... | Net 15 | 12/14/2021 | | 113 | 13,750.00 |
| Invoice | 11/29/2021 | 10252 | 22892 | Grey Ghost Precisio... | Net 15 | 12/14/2021 | | 113 | 14,119.29 |
| Invoice | 12/09/2021 | 10276 | 22892 | Grey Ghost Precisio... | Net 15 | 12/24/2021 | | 103 | 24,701.00 |
| Invoice | 12/21/2021 | 10287 | 22892 | Grey Ghost Precisio... | Net 15 | 01/05/2022 | | 91 | 21,920.40 |
| Total > 90 | | | | | | | | | 224,470.41 |
| TOTAL | | | | | | | | | 363,543.71 |

**Exhibit 2**

**Exhibit 2**

 **Grey Ghost Precision, LLC**

2916 107th St. S.
Lakewood, WA 98499

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/14/2020 | 22813 |

| Vendor |
|--------|
| STUBBORN MULE MANUFACTURING<br>351 CALIFORNIA AVE<br>GRANTS PASS, OR 97526<br>FFL #9-93-033-07-2E-06222 |

| Ship To |
|---------|
| Grey Ghost Precision, LLC<br>2916 107th St. S.<br>Lakewood, WA 98499 |

| Release Date | Ship Via |
|--------------|----------|
| 10/14/2020 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ITW-GGP-308-15-HG | GGP AR-10 15" MLOK Handguard Tumble only/ In the White-No Ano | 350 | 95.00 | 33,250.00 |
| ITW-GGP-308-18-HG | GGP AR-10 18" MLOK Handguard Tumble only/ In the White-No Ano | 200 | 120.00 | 24,000.00 |
| ITW-GGP-556-12-HG | GGP AR-15 12.625" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 80.00 | 12,000.00 |
| ITW-GGP-556-15-HG | GGP AR-15 15" MLOK Handguard Tumble only/ In the White-No Ano | 375 | 85.00 | 31,875.00 |
| ITW-GGP-556-17-HG | GGP AR-15 17" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 90.00 | 13,500.00 |
| ITW-GGP-556-7-HG | GGP AR-15 7.25" MLOK Handguard  Tumble only/ In the White-No Ano | 100 | 70.00 | 7,000.00 |
| ITW-GGP-556-9-HG | GGP AR-15 9.25" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 70.00 | 10,500.00 |
| | POs to include Barrel nuts to drawing specs | | | |
| | POs placed at current pricing for product that included Barrel nut, handguard screws, 5 piece Mlok rail section and cookie cutter barrel nut wrench. | | | |

| | **Total** | **$132,125.00** |
|--|-----------|-----------------|



# Grey Ghost Precision, LLC

2916 107th St. S.
Lakewood, WA 98499

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/14/2020 | 22814 |

| Vendor |
|--------|
| STUBBORN MULE MANUFACTURING<br>351 CALIFORNIA AVE<br>GRANTS PASS, OR 97526<br>FFL #9-93-033-07-2E-06222 |

| Ship To |
|---------|
| Grey Ghost Precision, LLC<br>2916 107th St. S.<br>Lakewood, WA 98499 |

| Release Date | Ship Via |
|--------------|----------|
| 10/14/2020 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ITW-P-GRIM-LR | GGP GRIM BILLET LOWER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW,<br><br>SERIAL # PREFIX: PGR<br>CALIBER: 6.5 CM<br>MODEL: GGP-P-GRIM | 25 | 128.85 | 3,221.25 |
| ITW-P-HEAVY-LR | GGP .308 BILLET LOWER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW,<br><br>SERIAL # PREFIX: PHR<br>CALIBER: .308 WIN<br>MODEL: GGP-P-HEAVY<br>TO BE RELEASED: Q4:25 Q1:25 Q2:25 | 75 | 128.85 | 9,663.75 |
| ITW-P-HEAVY-UR | GGP .308 BILLET UPPER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 100 | 121.15 | 12,115.00 |
| ITW-P-LIGHT-LR | GGP AR-15 BILLET LOWER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW,<br><br>SERIAL # PREFIX: PLR<br>CALIBER: 5.56 MM<br>MODEL: GGP-P-LIGHT<br>TO BE RELEASED: Q4:50 Q1:25 Q2:25 | 100 | 83.75 | 8,375.00 |
| ITW-P-LIGHT-UR | GGP AR-15 BILLET UPPER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>UPPERS TO FOLLOW RELEASES OF LOWERS<br>POs placed at current pricing to include ambi lower receiver kits (per set) and custom door rods. | 100 | 76.25 | 7,625.00 |

| | Total |
|---|-------|
| | $41,000.00 |



# Grey Ghost Precision, LLC

2916 107th St. S.
Lakewood, WA 98499

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 9/14/2020 | 22815 |

| Vendor |
|--------|
| STUBBORN MULE MANUFACTURING<br>351 CALIFORNIA AVE<br>GRANTS PASS, OR 97526<br>FFL #9-93-033-07-2E-06222 |

| Ship To |
|---------|
| Grey Ghost Precision, LLC<br>2916 107th St. S.<br>Lakewood, WA 98499 |

| Release Date | Ship Via |
|--------------|----------|
| 10/14/2020 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ITW-PLF-LR | GGP .308 BILLET LOWER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW,<br><br>SERIAL # PREFIX: PLF<br>CALIBER: MULTI<br>MODEL: GGP-PLF<br><br>TO BE RELEASED Q4:500 Q1:250 Q2:250 | 1,000 | 121.15 | 121,150.00 |
| ITW-PSF-LR | GGP AR-15 BILLET LOWER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW,<br><br>SERIAL # PREFIX: PSF<br>CALIBER: MULTI<br>MODEL: GGP-PSF<br><br>TO BE RELEASED Q4:750 Q1:500 Q2:250 | 1,500 | 76.15 | 114,225.00 |
| ITW-P-HEAVY-UR | GGP .308 BILLET UPPER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>TO BE RELEASED IN ACCORDANCE WITH LOWERS | 1,000 | 121.15 | 121,150.00 |
| ITW-P-LIGHT-UR | GGP AR-15 BILLET UPPER RECEIVER, 7075-T6 ALUMINUM, TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>TO BE RELEASED IN ACCORDANCE WITH LOWERS<br><br>POs placed at current pricing to include ambi lower receiver kits (per set) and custom door rods. | 1,500 | 76.25 | 114,375.00 |

| **Total** | | $470,900.00 |

 # Grey Ghost Precision, LLC

2916 107th St. S.
Lakewood, WA 98499

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/15/2021 | 22887 |

| Vendor |
|--------|
| STUBBORN MULE MANUFACTURING<br>351 CALIFORNIA AVE<br>GRANTS PASS, OR 97526<br>FFL #9-93-033-07-2E-06222 |

| Ship To |
|---------|
| Grey Ghost Precision, LLC<br>2916 107th St. S.<br>Lakewood, WA 98499 |

| Release Date | Ship Via |
|--------------|----------|
| 7/1/2021 | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ITW-GGP-308-15-HG | GGP AR-10 15" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 95.00 | 14,250.00 |
| ITW-GGP-308-18-HG | GGP AR-10 18" MLOK Handguard Tumble only/ In the White-No Ano | 100 | 120.00 | 12,000.00 |
| ITW-GGP-556-12-HG | GGP AR-15 12.625" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 80.00 | 12,000.00 |
| ITW-GGP-556-15-HG | GGP AR-15 15" MLOK Handguard Tumble only/ In the White-No Ano | 200 | 85.00 | 17,000.00 |
| ITW-GGP-556-17-HG | GGP AR-15 17" MLOK Handguard Tumble only/ In the White-No Ano | 150 | 90.00 | 13,500.00 |
| ITW-GGP-556-7-HG | GGP AR-15 7.25" MLOK Handguard  Tumble only/ In the White-No Ano | 50 | 70.00 | 3,500.00 |
| ITW-GGP-556-9-HG | GGP AR-15 9.25" MLOK Handguard Tumble only/ In the White-No Ano | 250 | 70.00 | 17,500.00 |
| | POs to include Barrel nuts to drawing specs | | | |
| | POs placed at current pricing for product that included Barrel nut, handguard screws, 5 piece Mlok rail section and cookie cutter barrel nut wrench. | | | |

| | Total | $89,750.00 |
|---|-------|------------|



# Grey Ghost Precision LLC
510 Pine Street
Wallace, Idaho 83873

Phone # 877-244-2811

**PURCHASE ORDER**

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30023 |

| VENDOR | SHIP TO |
|---|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 | Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 3/28/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-308-15-... | GGP AR-10 15" MLOK Handguard Tumble only/ In the White-No An | 50 | 95.00 | ITW-GGP-308-15-HG | 0 | 4,750.00 |
| ITW-308-18-... | GGP AR-10 18" MLOK Handguard Tumble only/ In the White-No An | 25 | 120.00 | ITW-GGP-308-18-HG | 0 | 3,000.00 |
| ITW-556-15-... | GGP AR-15 15" MLOK Handguard Tumble only/ In the White-No An | 75 | 85.00 | ITW-GGP-556-15-HG | 0 | 6,375.00 |
| ITW-556-9-... | GGP AR-15 9.25" MLOK Handguard Tumble only/ In the White-No | 25 | 70.00 | ITW-GGP-556-9-HG | 0 | 1,750.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 25 | 118.16 | ITW-GGP-308-UPPER | 0 | 2,954.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>RELEASE DATE MARCH 28 2022 | 50 | 85.13 | ITW-GGP-556-UPPER | 0 | 4,256.50 |

www.greyghostprecision.com
accounting@greyghostprecision.com

**TOTAL**  $23,085.50



# Grey Ghost Precision LLC
510 Pine Street
Wallace, Idaho 83873

Phone # 877-244-2811

PURCHASE ORDER

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30024 |

| VENDOR |
|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 |

| SHIP TO |
|---|
| Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 5/23/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-308-15-... | GGP AR-10 15" MLOK Handguard Tumble only/ In the White-No An | 50 | 95.00 | ITW-GGP-308-15-HG | 0 | 4,750.00 |
| ITW-308-18-... | GGP AR-10 18" MLOK Handguard Tumble only/ In the White-No An | 25 | 120.00 | ITW-GGP-308-18-HG | 0 | 3,000.00 |
| ITW-556-15-... | GGP AR-15 15" MLOK Handguard Tumble only/ In the White-No An | 75 | 85.00 | ITW-GGP-556-15-HG | 0 | 6,375.00 |
| ITW-556-9-... | GGP AR-15 9.25" MLOK Handguard Tumble only/ In the White-No | 25 | 70.00 | ITW-GGP-556-9-HG | 0 | 1,750.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 25 | 118.16 | ITW-GGP-308-UPPER | 0 | 2,954.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>RELEASE DATE MAY 23 2022 | 50 | 85.13 | ITW-GGP-556-UPPER | 0 | 4,256.50 |

www.greyghostprecision.com
accounting@greyghostprecision.com

**TOTAL**   $23,085.50



# Grey Ghost Precision LLC
510 Pine Street
Wallace, Idaho 83873

Phone # 877-244-2811

PURCHASE ORDER

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30025 |

| VENDOR | SHIP TO |
|---|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 | Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 7/25/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-308-15-... | GGP AR-10 15" MLOK Handguard Tumble only/ In the White-No An | 50 | 95.00 | ITW-GGP-308-15-HG | 0 | 4,750.00 |
| ITW-308-18-... | GGP AR-10 18" MLOK Handguard Tumble only/ In the White-No An | 25 | 120.00 | ITW-GGP-308-18-HG | 0 | 3,000.00 |
| ITW-556-15-... | GGP AR-15 15" MLOK Handguard Tumble only/ In the White-No An | 75 | 85.00 | ITW-GGP-556-15-HG | 0 | 6,375.00 |
| ITW-556-9-... | GGP AR-15 9.25" MLOK Handguard Tumble only/ In the White-No | 25 | 70.00 | ITW-GGP-556-9-HG | 0 | 1,750.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 25 | 118.16 | ITW-GGP-308-UPPER | 0 | 2,954.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>RELEASE DATE JULY 25 2022 | 50 | 85.13 | ITW-GGP-556-UPPER | 0 | 4,256.50 |

www.greyghostprecision.com
accounting@greyghostprecision.com

**TOTAL**        $23,085.50



# Grey Ghost Precision LLC
### 510 Pine Street
### Wallace, Idaho 83873

Phone # 877-244-2811

PURCHASE ORDER

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30026 |

| VENDOR | SHIP TO |
|---|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 | Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 4/11/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-PSF-LR | GGP AR-15 Billet Lower Receiver MATERIAL:7075-T6 Aluminum, Tumble only, NO LASERED LOGO, Ambi, ITW S/N: PSF CALIBER: MULTI MODEL:GGP-PSF | 100 | 80.72 | ITW-GGP-556-PSF-LOWER | 0 | 8,072.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 100 | 85.13 | ITW-GGP-556-UPPER | 0 | 8,513.00 |
| ITW-PLF-LR | GGP .308 Billet Lower Receiver MATERIAL:7075-T6 Aluminum, Tumble only, NO LASERED LOGO, Ambi, ITW S/N: PLF CALIBER: MULTI MODEL:GGP-PLF | 100 | 125.40 | ITW-GGP-308-PLF-LOWER | 0 | 12,540.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver MATERIAL: 7076-T6 TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW<br><br>RELEASE DATE APRIL 11 2022 | 100 | 118.16 | ITW-GGP-308-UPPER | 0 | 11,816.00 |

www.greyghostprecision.com
accounting@greyghostprecision.com

| **TOTAL** | $40,941.00 |
|---|---|



# Grey Ghost Precision LLC
510 Pine Street
Wallace, Idaho 83873

Phone # 877-244-2811

## PURCHASE ORDER

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30027 |

| VENDOR |
|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 |

| SHIP TO |
|---|
| Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 6/27/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-PSF-LR | GGP AR-15 Billet Lower Receiver<br>MATERIAL:7075-T6 Aluminum, Tumble only, NO LASERED LOGO, Ambi, ITW<br>S/N: PSF<br>CALIBER: MULTI<br>MODEL:GGP-PSF | 100 | 80.72 | ITW-GGP-556-PSF-LOWER | 0 | 8,072.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver<br>MATERIAL: 7076-T6<br>TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 100 | 85.13 | ITW-GGP-556-UPPER | 0 | 8,513.00 |
| ITW-PLF-LR | GGP .308 Billet Lower Receiver<br>MATERIAL:7075-T6 Aluminum, Tumble only, NO LASERED LOGO, Ambi, ITW<br>S/N: PLF<br>CALIBER: MULTI<br>MODEL:GGP-PLF | 100 | 125.40 | ITW-GGP-308-PLF-LOWER | 0 | 12,540.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver<br>MATERIAL: 7076-T6<br>TUMBLE ONLY, NO LASERED LOGO, AMBI, ITW | 100 | 118.16 | ITW-GGP-308-UPPER | 0 | 11,816.00 |
| | RELEASE DATE JUNE 27 2022 | | | | | |

www.greyghostprecision.com
accounting@greyghostprecision.com

| TOTAL | $40,941.00 |
|---|---|



# Grey Ghost Precision LLC
510 Pine Street
Wallace, Idaho 83873

Phone # 877-244-2811

**PURCHASE ORDER**

| DATE | P.O. # |
|---|---|
| 11/12/2021 | 30028 |

| VENDOR | SHIP TO |
|---|---|
| STUBBRON MULE LLC<br>351 CALIFORNIA ST<br>GRANTS PASS, OR 97526-8882<br>FFL #9-93-03-307-2E-06222 | Grey Ghost Precision LLC<br>510 Pine Street<br>Wallace, Idaho 83873 |

| TERMS | RELEASE | SHIP VIA |
|---|---|---|
| Net 30 | 8/22/2022 | |

| SKU | DESCRIPTION | QTY | RATE | MPN | RCV'D | TOTAL |
|---|---|---|---|---|---|---|
| ITW-PSF-LR | GGP AR-15 Billet Lower Receiver<br>MATERIAL:7075-T6 Aluminum, Tumble<br>only, NO LASERED LOGO, Ambi, ITW<br>S/N: PSF<br>CALIBER: MULTI<br>MODEL:GGP-PSF | 100 | 80.72 | ITW-GGP-556-PSF-LOWER | 0 | 8,072.00 |
| ITW-P-LIGH... | GGP AR-15 Billet Upper Receiver<br>MATERIAL: 7076-T6<br>TUMBLE ONLY, NO LASERED LOGO,<br>AMBI, ITW | 100 | 85.13 | ITW-GGP-556-UPPER | 0 | 8,513.00 |
| ITW-PLF-LR | GGP.308 Billet Lower Receiver<br>MATERIAL:7075-T6 Aluminum, Tumble<br>only, NO LASERED LOGO, Ambi, ITW<br>S/N: PLF<br>CALIBER: MULTI<br>MODEL:GGP-PLF | 100 | 125.40 | ITW-GGP-308-PLF-LOWER | 0 | 12,540.00 |
| ITW-P-HEA... | GGP .308 Billet Upper Receiver<br>MATERIAL: 7076-T6<br>TUMBLE ONLY, NO LASERED LOGO,<br>AMBI, ITW | 100 | 118.16 | ITW-GGP-308-UPPER | 0 | 11,816.00 |
| | RELEASE DATE AUGUST 22  2022 | | | | | |

www.greyghostprecision.com
accounting@greyghostprecision.com

**TOTAL**  $40,941.00

**Exhibit 3**

**Exhibit 3**

| | |
|---|---|
| **From:** | Sheri Johnson - SM <Sheri@Stubbornmule.com> |
| **Sent:** | Thursday, May 5, 2022 1:30 PM |
| **To:** | Al McCrea |
| **Cc:** | 'Kathryn Hanson' |
| **Subject:** | Serial number run sequence/Payment Status |
| **Attachments:** | GGP LogBook.xlsx; GGP STATEMENT.pdf |

This should be complete. (GGP LogBook, Attached)

Everything shipped and everything being held for payment is included.

I would like to inquire about payment on Grey Ghost Precisions account.

There have been no payment attempts at all since 11/21/2021.

This is just another reminder that your payments are overdue. (Statement attached)

All Invoices #10399 forward (PG 2)  for the requested after ShotShow delivery are being held for payment prior to release.



**SHERI JOHNSON**

EXECUTIVE DIRECTOR

SHERI@STUBBORNMULE.COM

WARNING: Documents or engineering drawings, prints, etc. that are attached, or can be viewed or printed from this email may contain technical data whose Export is restricted by the International Traffic in Arms Regulations (ITAR, 22 CFR Parts 120-130), the Arms Export Control Act (22 USC 2778), or the Export Administration Act of 1979, as amended (22 USC App. 2401 et. seq.), and which may not be  released or disclosed to non-US persons (i.e. persons who are not US citizens or lawful permanent residents) inside of the United States, without prior written authorization by the relevant US Government agency.

Confidentiality Notice: This message and any attachment(s) are intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify STUBBORN MULE MFG. by replying to this e-mail and delete this message.

**From:** Al McCrea <al@greyghostprecision.com>
**Sent:** Monday, May 2, 2022 4:36 PM
**To:** Sheri Johnson <Sheri@Stubbornmule.com>; Catherine Minton <Catherine@stubbornmule.com>
**Subject:** Re: Serial number run sequence

[External] Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email.

1

Thank you!

Al McCrea

Grey Ghost Precision | www.GreyGhostPrecision.com
Grey Ghost Gear | www.GreyGhostGear.com
510 pine st
Wallace ID 83873
Phone: 877-244-2811 ext 1006
Fax: 866-984-7854
Al@GreyGhostPrecision.com
Al@GreyGhostGear.com

**From:** Sheri Johnson <Sheri@Stubbornmule.com>
**Sent:** Monday, May 2, 2022 4:34:14 PM
**To:** Al McCrea <al@greyghostprecision.com>; Catherine Minton <Catherine@stubbornmule.com>
**Subject:** RE: Serial number run sequence

I'll work on that for you.



**SHERI JOHNSON**
EXECUTIVE DIRECTOR
SHERI@STUBBORNMULE.COM

WARNING: Documents or engineering drawings, prints, etc. that are attached, or can be viewed or printed from this email may contain technical data whose Export is restricted by the International Traffic in Arms Regulations (ITAR, 22 CFR Parts 120-130), the Arms Export Control Act (22 USC 2778), or the Export Administration Act of 1979, as amended (22 USC App. 2401 et. seq.), and which may not be released or disclosed to non-US persons (i.e. persons who are not US citizens or lawful permanent residents) inside of the United States, without prior written authorization by the relevant US Government agency.

Confidentiality Notice: This message and any attachment(s) are intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify STUBBORN MULE MFG. by replying to this e-mail and delete this message.

**From:** Al McCrea <al@greyghostprecision.com>
**Sent:** Monday, May 2, 2022 2:49 PM
**To:** Sheri Johnson <sheri@stubbornmule.com>; Catherine Minton <catherine@stubbornmule.com>
**Subject:** Serial number run sequence

[External] Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email.

Hello Ladies,

Is there a way I can get a list of full serial number sequences that were ran and disposed under our variance for all makes and models if possible? Preparing for audit and revision and making sure everything is matching up. I appreciate it! Have a good day.

Al McCrea

Grey Ghost Precision | www.GreyGhostPrecision.com
Grey Ghost Gear | www.GreyGhostGear.com
510 pine st
Wallace ID 83873
Phone: 877-244-2811 ext 1006
Fax: 866-984-7854
Al@GreyGhostPrecision.com
Al@GreyGhostGear.com

CONFIDENTIALITY NOTICE: This electronic mail transmission and its attachments if any, may contain confidential or privileged information. If you are not the intended recipient, and have received this transmittal in error, please notify us immediately, and delete the original message and any attachments; further review, dissemination, disclosure, copying, or distribution of this transmittal may violate applicable laws.

**From:**          Accounting - Stubborn Mule <accounting@stubbornmule.com>
**Sent:**          Tuesday, May 31, 2022 12:14 PM
**To:**            Kathryn@greyghostprecision.com
**Cc:**            Al@Greyghostprecision.com
**Subject:**       Statement from Stubborn Mule Manufacturing
**Attachments:**   Statement1_from_Stubborn_Mule_Manufacturing12692.pdf

Dear Grey Ghost Precision,

Your statement is attached. We have yet to receive payment for product provided.

Please provide a timeline for all payments as this is clearly and urgent matter.


Sincerely,
Accounting
Stubborn Mule Manufacturing

5419556548

Stubborn Mule Manufacturing

PO BOX 820
Grants Pass, OR 97528

# Statement

| Date |
| --- |

5/31/2022

| To: |
| --- |

Grey Ghost Precision, LLC
510 Pine Street
Wallace, ID 83873

|  | Terms | Amount Due |
| --- | --- | --- |
|  | Net 15 | $363,543.71 |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 10/01/2021 | INV #10181. Due 10/16/2021. Orig. Amount $41,500.00. | 41,500.00 | 41,500.00 |
| 10/01/2021 | INV #10182. Due 10/16/2021. Orig. Amount $24,012.96. | 6,500.00 | 48,000.00 |
| 10/13/2021 | INV #10184. Due 10/28/2021. Orig. Amount $27,862.80. | 27,862.80 | 75,862.80 |
| 10/13/2021 | INV #10185. Due 10/28/2021. Orig. Amount $7,063.24. | 7,063.24 | 82,926.04 |
| 10/13/2021 | INV #10186. Due 10/28/2021. Orig. Amount $9,508.91. | 9,508.91 | 92,434.95 |
| 10/13/2021 | INV #10187. Due 10/28/2021. Orig. Amount $1,615.75. | 1,615.75 | 94,050.70 |
| 10/15/2021 | INV #10193. Due 10/30/2021. Orig. Amount $220.76. | 220.76 | 94,271.46 |
| 10/21/2021 | INV #10194. Due 11/05/2021. Orig. Amount $9,023.78. | 9,023.78 | 103,295.24 |
| 10/21/2021 | INV #10195. Due 11/05/2021. Orig. Amount $19,947.05. | 19,947.05 | 123,242.29 |
| 11/09/2021 | INV #10222. Due 11/24/2021. Orig. Amount $6,248.32. | 6,248.32 | 129,490.61 |
| 11/10/2021 | INV #10223. Due 11/25/2021. Orig. Amount $1,276.00. | 1,276.00 | 130,766.61 |
| 11/10/2021 | INV #10224. Due 11/25/2021. Orig. Amount $6,407.10. | 6,407.10 | 137,173.71 |
| 11/23/2021 | INV #10242. Due 12/08/2021. Orig. Amount $3,960.00. | 3,960.00 | 141,133.71 |
| 11/23/2021 | INV #10243. Due 12/08/2021. Orig. Amount $3,298.96. | 3,298.96 | 144,432.67 |
| 11/23/2021 | INV #10244. Due 12/08/2021. Orig. Amount $3,871.75. | 3,871.75 | 148,304.42 |
| 11/29/2021 | INV #10250. Due 12/14/2021. Orig. Amount $1,675.30. | 1,675.30 | 149,979.72 |
| 11/29/2021 | INV #10251. Due 12/14/2021. Orig. Amount $13,750.00. | 13,750.00 | 163,729.72 |
| 11/29/2021 | INV #10252. Due 12/14/2021. Orig. Amount $14,119.29. | 14,119.29 | 177,849.01 |
| 12/09/2021 | INV #10276. Due 12/24/2021. Orig. Amount $24,701.00. | 24,701.00 | 202,550.01 |
| 12/21/2021 | INV #10287. Due 01/05/2022. Orig. Amount $21,920.40. | 21,920.40 | 224,470.41 |
| 12/22/2021 | INV #10291. Due 01/06/2022. Orig. Amount $9,329.87. | 9,329.87 | 233,800.28 |
| 12/23/2021 | INV #10292. Due 01/07/2022. Orig. Amount $8,052.64. | 8,052.64 | 241,852.92 |
| 12/23/2021 | INV #10293. Due 01/07/2022. Orig. Amount $1,988.10. | 1,988.10 | 243,841.02 |
| 01/13/2022 | DEP | -1.00 | 243,840.02 |
| 02/01/2022 | INV #10390. Due 02/16/2022. Orig. Amount $3,600.00. | 3,600.00 | 247,440.02 |
| 02/01/2022 | INV #10395. Due 02/16/2022. Orig. Amount $7,219.38. | 7,219.38 | 254,659.40 |
| 02/01/2022 | INV #10391. Due 02/16/2022. Orig. Amount $31,050.60. | 31,050.60 | 285,710.00 |
| 02/01/2022 | INV #10392. Due 02/16/2022. Orig. Amount $4,992.25. | 4,992.25 | 290,702.25 |
| 02/01/2022 | INV #10393. Due 02/16/2022. Orig. Amount $3,500.00. | 3,500.00 | 294,202.25 |
| 02/01/2022 | INV #10394. Due 02/16/2022. Orig. Amount $1,500.00. | 1,500.00 | 295,702.25 |
| 02/01/2022 | INV #10396. Due 02/16/2022. Orig. Amount $46,965.40. | 46,965.40 | 342,667.65 |
| 02/01/2022 | INV #10397. Due 02/16/2022. Orig. Amount $9,001.00. | 9,001.00 | 351,668.65 |
| 02/01/2022 | INV #10398. Due 02/16/2022. Orig. Amount $4,770.53. | 4,770.53 | 356,439.18 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 4,124.53 | 359,419.18 | $363,543.71 |

Stubborn Mule Manufacturing

PO BOX 820
Grants Pass, OR 97528

# Statement

| Date |
|---|
| 5/31/2022 |

| To: |
|---|

Grey Ghost Precision, LLC
510 Pine Street
Wallace, ID 83873

| Terms | Amount Due |
|---|---|
| Net 15 | $363,543.71 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/01/2022 | INV #10399. Due 02/16/2022. Orig. Amount $2,980.00. | 2,980.00 | 359,419.18 |
| 02/24/2022 | INV #10407. Due 03/11/2022. Orig. Amount $232.75. | 232.75 | 359,651.93 |
| 02/24/2022 | INV #10408. Due 03/11/2022. Orig. Amount $1,225.00. | 1,225.00 | 360,876.93 |
| 02/24/2022 | INV #10409. Due 03/11/2022. Orig. Amount $2,486.75. | 2,486.75 | 363,363.68 |
| 03/10/2022 | INV #10419. Due 03/25/2022. Orig. Amount $80.03. | 80.03 | 363,443.71 |
| 03/10/2022 | INV #10420. Due 03/25/2022. Orig. Amount $100.00. | 100.00 | 363,543.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 4,124.53 | 359,419.18 | $363,543.71 |