Robert A. Faucher (ISB #4745)
Scott R. French (ISB #11821)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email: RFaucher@hollandhart.com
       SRFrench@hollandhart.com

Timothy D. Biché (Admitted *Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7434
Facsimile: (213) 229-6434
Email: TBiche@gibsondunn.com

*Attorneys for Plaintiff and Counterdefendant Stubborn Mule LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STUBBORN MULE LLC, an Oregon limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREY GHOST PRECISION, LLC, an Idaho limited liability company; and GREY GHOST PRECISION, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | Case No. 2:22-cv-00399-DCN<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT** |
| And related counterclaims. | |

PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT - 1

NOW COMES Plaintiff Stubborn Mule LLC, by and through its attorneys, and requests an order granting it leave to file a First Amended Verified Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Stubborn Mule initiated this action in Idaho State Court on August 30, 2022. Dkt. No. 1-1. By this action, Stubborn Mule seeks the recovery of amounts owed to it by defendants Grey Ghost Precision, LLC, an Idaho limited liability company, and Grey Ghost Precision, LLC, a Washington limited liability company (collectively, "Grey Ghost Precision") for products Stubborn Mule manufactured in response to purchase orders from Grey Ghost Precision, but that Grey Ghost Precision has not paid for.

2. Grey Ghost Precision removed the action to this Court on September 16, 2022. Dkt. No. 1.

3. On March 17, 2023, this Court issued an order modifying the scheduling order in this case. Dkt. No. 51. Based on that scheduling order, the deadline for parties to file motions to amend the pleadings is August 30, 2023.

4. Stubborn Mule seeks leave to amend its initial complaint to conform with information that has come out in discovery. Specifically, Stubborn Mule seeks to file a First Amended Verified Complaint that adjusts the amounts claimed from Grey Ghost Precision for products manufactured and shipped to Grey Ghost Precision and products that were manufactured but not shipped, and to add additional details regarding the parties' commercial relationship.

5. Under Federal Rule of Civil Procedure 15, the cases instructing courts to grant leave to amend with "extreme liberality," *e.g. Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and the factors identified by the United States Supreme Court in

*Foman v. Davis*, 371 U.S. 178 (1962), Stubborn Mule's request for leave to amend is proper and should be granted.

6. In accordance with District Local Rule Civil 15.1, attached hereto as **Exhibit A** is a true and correct copy of the First Amended Verified Complaint Stubborn Mule seeks leave to file. Additionally, attached hereto as **Exhibit B** is a true and correct copy of a redline comparison between Stubborn Mule's initial Verified Complaint and the proposed First Amended Verified Complaint.

7. A proposed Order has been submitted with this Motion.

WHEREFORE, Stubborn Mule LLC moves for an order granting it leave to file its First Amended Complaint.

DATED this 23rd day of August, 2023.

        HOLLAND & HART LLP

        By: /s/ Robert A. Faucher
            Robert A. Faucher, of the firm

            - and -

        GIBSON, DUNN & CRUTCHER LLP

        By: /s/ Timothy D. Biché
            Timothy D. Biché

        *Attorneys for Plaintiff and Counterdefendant Stubborn Mule LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2023, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Arthur M. Bistline    arthur@bistlinelaw.com
  Bistline Law, PLLC

- John Du Wors    ecf@newmanlaw.com
  Newman Du Wors LLP

- Keith Scully    keith@newmanlaw.com
  Newman Du Wors LLP

*/s/ Robert A. Faucher*
Robert A. Faucher
of HOLLAND & HART LLP

30379711_v1