Arthur M. Bistline
SB: 5216; arthur@bistlinelaw.com
BISTLINE LAW, PLLC
1205 N. 3rd Street
Coeur d'Alene, Idaho 83814
(208) 665-7270
(208) 665-7290 (fax)

John Du Wors, pro hac vice
john@duworslaw.com
Du Wors Law Group
4162 Sorrel Way NE
Bainbridge Island, WA 98110
Phone: (206) 229-9082

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| STUBBORN MULE LLC, an Oregon limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREY GHOST PRECISION, LLC, an Idaho limited liability company; and<br>GREY GHOST PRECISION, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | Case No. 2:22-cv-00399-DCN<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** |

　　　　COME NOW, Defendants Grey Ghost Precision, LLC and Grey Ghost Precision, LLC (collectively "Grey Ghost"), by and through their counsel of record, and hereby request leave to amend to file a First Amended Counterclaim.

　　　　This Motion is supported by the Brief filed in support of this Motion

　　　　In accordance with Local Rule 15.1, attached hereto as *Exhibit A* is a true and correct copy of the proposed First Amended Counterclaim. Attached hereto as *Exhibit B* is a true and

correct copy of a redline comparison between Stubborn Mule's initial counterclaim and the proposed amended pleading.

Dated this 30th day of August, 2023:

> Respectfully submitted,
>
> */s/ Arthur M. Bistline*
> Arthur M. Bistline
> SB: 5216; arthur@bistlinelaw.com
> BISTLINE LAW, PLLC
> 1205 N. 3rd Street
> Coeur d'Alene, Idaho 83814
> (208) 665-7270
> (208) 665-7290 (fax)
>
> *Counsel for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2023, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System

> */s/ Arthur M. Bistline*
> Arthur M. Bistline
> SB: 5216; arthur@bistlinelaw.com
> BISTLINE LAW, PLLC