Timothy D. Biché, *pro hac vice* (Cal. State Bar 293363)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7434
Facsimile:   (213) 229-6434
Email:  TBiche@gibsondunn.com

Robert A. Faucher (ISB #4745)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  (208) 342-5000
Facsimile:   (208) 343-8869
Email:  RFaucher@hollandhart.com

*Attorneys for Plaintiff and Counter-Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STUBBORN MULE LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>GREY GHOST PRECISION, LLC, an Idaho limited liability company; and GREY GHOST PRECISION, LLC, a Washington limited liability company,<br><br>    Defendants. | Case No. 2:22-cv-00399-DCN<br><br>**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| And related counterclaims. | |

Please take notice that, on February 16, 2024, Defendants Grey Ghost Precision, LLC, an Idaho limited liability company, and Grey Ghost Precision, LLC, a Washington limited liability company (together "Defendants"), served an Offer of Judgment on Plaintiff Stubborn Mule LLC ("Stubborn Mule"), through its counsel of record, pursuant to Federal Rule of Civil Procedure 68 (the "Offer"). The Offer, along with the transmittal email, is attached hereto as Exhibit A.

On March 1, 2024, Stubborn Mule served a Notice of Acceptance of the Offer on Defendants' counsel of record, which accepted the Offer and consented to the entry of judgment in accordance with the terms set forth in the Offer. The Notice of Acceptance, along with the proof of service and transmittal email, is attached hereto as Exhibit B.

Because Stubborn Mule accepted the Offer, the Clerk must enter judgment in this case in accordance with Federal Rule of Civil Procedure 68(a).

DATED: March 4, 2024         GIBSON, DUNN & CRUTCHER LLP


                             By: /s/ Timothy D. Biché
                                 Timothy D. Biché, *pro hac vice*

                             Robert A. Faucher
                             HOLLAND & HART LLP

                             *Attorneys for Plaintiff and Counter-Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2024, I caused the foregoing to be filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- Arthur M. Bistline  arthur@bistlinelaw.com
  Bistline Law, PLLC

*/s/ Robert A. Faucher*
Robert A. Faucher
of HOLLAND & HART LLP