UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STUBBORN MULE LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GREY GHOST PRECISION, LLC, an Idaho limited liability company; and GREY GHOST PRECISION, LLC, a Washington limited liability company,<br><br>    Defendants.<br>_____<br>GREY GHOST PRECISION, LLC, an Idaho limited liability company; and GREY GHOST PRECISION, LLC, a Washington limited liability company,<br><br>    Counterclaimants,<br><br>v.<br><br>STUBBORN MULE LLC, an Oregon limited liability company,<br><br>    Counter-Defendant. | Case No. 2:22-cv-00399-DCN<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Plaintiff and Counter-Defendant's Stubborn Mule LLC ("Stubborn Mule") and Defendants and Counterclaimants' Grey Ghost Precision, LLC, an Idaho Limited Liability Company ("Grey Ghost Idaho") and Grey Ghost Precision, LLC, a Washington Limited Liability Company ("Grey Ghost Washington") Joint Stipulation

ORDER OF DISMISSAL – 1

for Dismissal with Prejudice ("Stipulation"). Dkt. 151. Having reviewed the Stipulation, and good cause appearing therefor, the Stipulation is **APPROVED**.

Therefore, **IT IS HEREBY ORDERED**: Pursuant to the terms of both the Stipulation and the parties' March 31, 2025 Settlement Agreement and Mutual General Release, this case is **DIMISSED WITH PREJUDICE** and **closed**.[1] All pending motions (Dkts. 107, 126, 127, 129, 130, 144, and 145) are **MOOT**.

DATED: April 22, 2025

David C. Nye
Chief U.S. District Court Judge

---

[1] This Order has no impact on the Third Amended Final Rule 54(b) Partial Judgment entered by this Court on May 3, 2024. Dkt. 125.

ORDER OF DISMISSAL – 2